PETITION OF ERNEST W. PETERSON.

No. 10815.

Decided June 29, 1964.

393 P.2d 790.

Robert Emmons (argued), Great Falls, for petitioner.

PER CURIAM.

Original proceeding.

Petition for writ of habeas corpus filed herein by Ernest W. Peterson.

The application lacks merit and the writ sought is denied and the proceeding dismissed.

Mr. Justice Adair dissents.